**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**MICHAEL COLLINS,**

**Plaintiff,**

**v.**

**KANSAS HIGHWAY PATROL, et al.,**

**Defendants.**

**Case No. 2:26-cv-2460-JMK-JBW**

**MEMORANDUM AND ORDER**

Plaintiff Michael Collins brought this action against the Kansas Highway Patrol and various other known and unknown government officials alleging violations of his civil rights under 42 U.S.C. § 1983. Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP"), which was granted. Docs. 2, 5. In its order granting the IFP motion, the Court ordered that Plaintiff provide the clerk's office with mailing addresses for all defendants named in the Complaint on or before September 10, 2026. Doc. 5. The Order was mailed to Plaintiff at the address he listed for himself in the Complaint. Doc. 8.

Plaintiff never provided mailing addresses for the defendants to the clerk's office. On September 15, 2026, Magistrate Judge Wieland issued a Notice and Order to Show Cause, directing Plaintiff to either comply with the Court's earlier order (Doc. 5) or otherwise show cause why this case should not be dismissed for lack of prosecution. Doc. 8. As of October 26, 2026, Plaintiff has not responded to either of the Court's orders. Docs. 5, 8.

The likely culprit for Plaintiff's inaction is the Court's inability to reach him. As noted above, the Order granting Plaintiff's IFP motion (Doc. 5) and the Notice and Order to Show Cause (Doc. 8) were both mailed to Plaintiff at the address he listed for himself in the Complaint. And both were returned as undeliverable at that address. Docs. 7, 9. District of Kansas Local Rule

5.1(b)(3) requires a pro se party to "notify the clerk of any change of address or telephone number." D. Kan. R. 5.1(b)(3). Plaintiff has not done so here. Under Fed. R. Civ. P. 41(b), the Court can dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Both apply here. Plaintiff seems to have lost interest in this case and has not complied with the Court's requirement that he notify the clerk of a change in his mailing address. For these reasons, the Court dismisses this matter, without prejudice. *See Collinge v. Bellendir*, 2024 WL 3989089, at *2 (D. Kan. Aug. 29, 2024).

IT IS THEREFORE ORDERED BY THE COURT that this matter is DISMISSED, without prejudice, for lack of prosecution.

This case is closed.

IT IS SO ORDERED.

Dated: October 26, 2026

s/ Jeffrey M. Kuhlman
JEFFREY M. KUHLMAN
UNITED STATES DISTRICT JUDGE